FILED

1  LEIB M. LERNER (State Bar No. 227323)
   **ALSTON & BIRD LLP**
2  333 South Hope Street, Sixteenth Floor
   Los Angeles, California 90071
3  Telephone:  (213) 576-1000
   Facsimile:  (213) 576-1100
4  Email:  leib.lerner@alston.com

10 JAN 15 AM II: 41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

5  Attorneys for Defendant Amerimax
   Building Products, Inc.

6

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9                    **RIVERSIDE DIVISION**

10        **ED CV 10 - 00071** VAP

11  CREDIT MANAGERS ASSOCIATOIN OF      Case No.:
    CALIFORNIA dba CMA BUSINESS
12  CREDIT SERVICES, a California                    (DTBx)
    corporation, as assignee for the benefit of
13  the creditors of WEEKEND WARRIOR      **NOTICE OF REMOVAL TO**
    TRAILERS, INC.                        **UNITED STATES DISTRICT**
14                                        **COURT UNDER 28 U.S.C. § 1441(b)**
              Plaintiff,
15
       v.
16
17  AMERIMAX and DOES 1-10, inclusive,

              Defendants.
18

19

20

21

22

23

24

25

26

27

28

LEGAL02/31709920v2

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

      **PLEASE TAKE NOTICE** that defendant Amerimax Building Products, Inc., erroneously sued herein as "Amerimax" ("Amerimax"), hereby removes the above-titled action from the Superior Court of the State of California for the County of Riverside ("State Court"), where the above-titled action ("Action") was filed, to the United States District Court for the Central District of California.

      In support of this Notice, Defendant alleges as follows:

**TIMELINESS OF REMOVAL**

      1.    On or about July 16, 2009, Plaintiff Credit Managers Association of California dba CMA Business Credit Services, a California Corporation ("Plaintiff"), as assignee for the benefit of the creditors of Weekend Warrior Trailers, Inc. ("Weekend") commenced the Action in State Court by filing a complaint titled Complaint to Avoid and Recover Preferential Transfers of Property Pursuant to California Code of Civil Procedure Section 1800 (the "Complaint"), case no. RIC 531261. The Complaint alleges a single cause of action for "Recovery of Preference According to CCP § 1800."

      2.    Defendant was served with the summons and the Complaint on or about December 17, 2009. Accordingly, this Notice of Removal filed on January 15, 2010 is proper and timely.

**VENUE**

      3.    Venue lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 84(c)(1), 1441(a), and 1446(a). Plaintiff originally filed the Action in the Superior Court of the State of California, County of Riverside. Plaintiff's Complaint alleges that Plaintiff "is a California corporation

1

LEGAL02/31709920v2

qualified to do business in the State of California, with its primary place of business in Burbank, California." Complaint, ¶14.[1]

## FEDERAL QUESTION JURISDICTION

4.     This Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that the single cause of action alleged in the Complaint is preempted by federal law.

5.     It is black letter law in the 9th Circuit that California Code of Civil Procedure § 1800 is preempted by the Bankruptcy Code. *See Sherwood Partners, Inc. v. Lycos, Inc.,* 394 F.3d 1198, 1206 (9th Cir. 2005). "The exercise of the preference avoidance power…under the authority of section 1800 is inconsistent with the enactment and operation of the federal bankruptcy system and is therefore preempted." *Id.*

6.     State law claims are completely preempted where Congress intended the remedies provided by the Bankruptcy Code to be the exclusive cause of action. *See In re Miles,* 430 F.3d 1083, 1089 (9th Cir. 2005).  Pursuant to 28 U.S.C. § 1331, federal district courts have original jurisdiction of all "civil actions arising under the Constitution, laws, or treaties of the United States."  A claim "arises under" federal law where "the vindication of a right under state law necessarily turns on some construction of federal law." *Merrell Dow Pharmaceuticals Inc. v. Thompson,* 478 U.S. 804, 808 (1986).

7.     Here, Plaintiff's claim is predicated upon California Code of Civil Procedure § 1800, which is preempted by the Bankruptcy Code.  As such, it is evident from the face of Plaintiffs' Complaint that this Court has subject matter jurisdiction over this action. *See* 28 U.S.C. § 1331.

---

[1] Defendant notes that ¶14 is the first paragraph of the Complaint.

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b)

LEGAL02/31709920v2

## CONCLUSION

8.    Based on the foregoing, this Court has jurisdiction over the Action under the provisions of 28 U.S.C. § 1331 in that the Action is one which arises under federal law, namely, the Bankruptcy Code.  Accordingly, this Action is properly removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.


DATED:  January 14, 2010          Respectfully submitted,

                                  LEIB M. LERNER
                                  **ALSTON & BIRD LLP**



                                  _____
                                                Leib M. Lerner

                                  Attorneys for Defendant Amerimax Building Products,
                                  Inc.

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b)

LEGAL02/31709920v2

## DECLARATION OF LEIB M. LERNER

I, Leib M. Lerner, declare:

1.      I am an associate at Alston & Bird LLP, attorneys of record for Defendant Amerimax Building Products, Inc., erroneously sued here in as "Amerimax" ("Amerimax"), in this action.  I make this Declaration in support of the Notice of Removal to United States District Court Under 28 U.S.C. § 1441(b) (the "Notice").  I have personal knowledge of the following facts and if called as a witness would and could testify competently thereto.  Capitalized terms not defined in this Declaration shall have the meaning ascribed to them in the Notice.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Complaint filed in this matter in the Superior Court of California for the County of Los Angeles.

3.      I am informed and believe that Defendant was served with the Summons and Complaint on December 17, 2009.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 14th day of January 2010, at Los Angeles, California.

_____
Leib M. Lerner

LEGAL02/31709920v2

# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AMERIMAX and DOES 1 - 10, inclusive

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 16 2009

R. Mc Elyea

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CREDIT MANAGERS ASSOCIATION OF CALIFORNIA dba CMA BUSINESS
CREDIT SERVICES, a California corporation, as assignee for the benefit of the
creditors of WEEKEND WARRIOR TRAILERS, INC.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* | **CASE NUMBER:** *(Número del Caso):* **RIC 531261** |

Superior Court of California
County of Riverside,
Western Division Riverside Branch
4050 Main Street
Riverside, CA. 92501

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Phone (949) 387-4300     Fax (800)-722-8196

William J. Wall 203970
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618

DATE: JUL 16 2009     Clerk, by R. Mc Elyea , Deputy
*(Fecha)*                        *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

American LegalNet, Inc.
www.USCourtForms.com

Code of Civil Procedure §§ 412.20, 465

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

*Received 12-17-09*

5

1  William J. Wall – State Bar No. 203970
   THE WALL LAW OFFICE
2  9900 Research Drive
   Irvine, CA 92618
3
   Telephone: (949) 387-4300
4  Facsimile: (800) 722-8196
5  wwall@wall-law.com

6  Attorney for Plaintiff
7  Credit Managers Association

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUL 16 2009

R. McElyea

8
9              SUPERIOR COURT OF CALIFORNIA

10                  COUNTY OF RIVERSIDE

11           WESTERN DIVISION – RIVERSIDE BRANCH

12  CREDIT MANAGERS ASSOCIATION OF        Case No. **RIC   531261**
    CALIFORNIA dba CMA BUSINESS
13  CREDIT SERVICES, a California         **COMPLAINT TO AVOID AND RECOVER**
    corporation, as assignee for the benefit of   **PREFERENTIAL TRANSFERS OF**
14  the creditors of WEEKEND WARRIOR      **PROPERTY PURSUANT TO CALIFORNIA**
    TRAILERS, INC.                        **CODE OF CIVIL PROCEDURE SECTION**
15                                        **1800**
              Plaintiff,
16                                        Unlimited Civil Damages
17       v.

18  AMERIMAX and DOES 1-10, inclusive,

19            Defendants.

20

21

22

23       Plaintiff Credit Managers Association of California, dba CMA Business Credit Services

24  ("CMA"), alleges as follows:

25

26

27

28                                -1-

COMPLAINT TO AVOID AND RECOVER TRANSFERS OF PROPERTY PURSUANT
TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 1800



## GENERAL ALLEGATIONS

## PARTIES, VENUE AND JURISDICTION

14.     CMA is a California corporation qualified to do business in the State of California, with its primary place of business in Burbank, California.

15.     Weekend Warrior Trailer, Inc. ("WWT") was, at all relevant periods, a California corporation qualified to do business in the State of California, with its primary place of business in Perris, California.

16.     On or about July 18, 2008 WWT executed a general assignment for the benefit of WWT's creditors in favor of CMA pursuant to California Code of Civil Procedure Section 493.010, et seq. ("Assignment"). Pursuant to the Assignment, WWT conveyed to CMA all of WWT's property and every right, claim, and interest of WWT.

17.     On information and belief, Amerimax ("Amerimax") is a corporation with its principal place of business in Romoland, California.

18.     The true names and capacities whether individual, corporate associate or otherwise, of defendants Does 1 through 10 are unknown to CMA, who therefore sues said defendants by such fictitious names. CMA is informed and believes that each of the defendants designated herein as a fictitiously named defendant is in some manner responsible for the events and happenings referred to, and caused the damage herein alleged. When CMA has ascertained the true names and capacities of Does 1 through 10, inclusive, it will seek leave of this Court to amend its complaint by setting forth the same. Does 1 through 10 are hereinafter collectively referred to as "Doe Defendants."

19.     CMA is informed and believes that Amerimax, and each of the Doe Defendants, was the agent, principal, partner, joint venturer or employee of each of the remaining defendants and in doing the things herein alleged, each was acting within the course and scope of such relationships with advance knowledge, acquiescence or subsequent ratification of each and every remaining defendant, and each of the Doe Defendants is therefore jointly and severally liable for the acts alleged herein.

-2-

## CAUSE OF ACTION

### RECOVERY OF PREFERENCE ACCORDING TO CCP § 1800

*AGAINST ALL DEFENDANTS*

20.     On or within (90) days before the date of the assignment, that is between April 19, 2008 and July 18, 2008, (the "Preference Period") WWT made one or more transfers by check, wire transfer or the equivalent in an aggregate amount not less than $25,075.56 (the "Transfers") directly to, or for the benefit of, the Amerimax.

21.     Amerimax was a creditor of WWT at the time of the Transfers.

22.     The Transfers were to, or for the benefit of, Amerimax, and for or on account of antecedent debt owing by WWT to Amerimax.

23.     The Transfer from WWT to Amerimax took place while WWT was insolvent, as that term is defined by California Code of Civil Procedure § 1800(a)(1).

24.     The Transfer from WWT to Amerimax took place within the Preference Period.

25.     The Transfer of funds from WWT to Amerimax enabled Amerimax to receive more than another creditor of the same class.

26.     CMA is entitled to recover the Transfer pursuant to Cal. Code of Civ. Proc. § 1800(b).

-3-

COMPLAINT TO AVOID AND RECOVER TRANSFERS OF PROPERTY PURSUANT
TO CALIFORNIA CODE OF CIVIL PROCEDURE 1800

WHEREFORE, CMA prays that this Court enter judgment:

5.    Avoiding and setting aside the Transfers from WWT to Amerimax;

6.    Awarding to CMA the amount of $25,075.56 and prejudgment interest thereon at the legal rate allowed from the date of each transfer;

7.    Awarding the costs incurred by CMA in this suit; and

8.    Awarding such other and further relief as this Court may deem necessary and proper.

Dated: July15, 2009                          THE WALL LAW OFFICE


                                             By: _____/s/_____
                                                 William J. Wall
                                             Attorneys for Credit Managers Association of
                                             California dba CMA Business Credit Services, a
                                             California corporation, as assignee for the benefit of
                                             Creditors of Weekend Warrior Trailers, Inc.

-4-

CM-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
William J. Wall State Bar No. 2039
9900 Research Drive
Irvine, CA 92618
wwall@wall-law.com
TELEPHONE NO.: (949) 387-4300   FAX NO.: (800) 722-8196
ATTORNEY FOR *(Name):* Plaintiff Credit Managers Association

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Riverside
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Riverside Branch

CASE NAME: CREDIT MANAGERS ASSOCIATION v. AMERIMAX

FOR COURT USE ONLY

CASE NUMBER: RIC 531261

| CIVIL CASE COVER SHEET | Complex Case Designation | |
|---|---|---|
| ☒ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder |

Filed with first appearance by defendant
(Cal. Rules of Court, rule 3.402)
JUDGE:
DEPT:

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☒ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. ☐ Large number of separately represented parties
b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. ☐ Substantial amount of documentary evidence
d. ☐ Large number of witnesses
e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought *(check all that apply):*
a. ☒ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive

4. Number of causes of action *(specify):* 1

5. This case ☐ is ☒ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 14, 2009

William J. Wall
(TYPE OR PRINT NAME)
► _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

10

## PROOF OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 15, 2009, I served the document(s) described as **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b)** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed to the parties as listed on the attached service list in the following manner: SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ UPS NEXT DAY AIR: I deposited such envelope in a facility regularly maintained by UPS with delivery fees fully provided for or delivered the envelope to a courier or driver of UPS authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☐ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 15, 2010, at Los Angeles, California.

*Rosa Nelly Villaneda*
Rosa Nelly Villaneda

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b)

LEGAL02/31709920v2

1

2

**Credit Managers Association of California v. AMERIMAX**
**United States District Court – Riverside Division**
**Case No.**

3

**SERVICE LIST**

4

5

6

7

William J. Wall, Esq.
The Wall Law Offices
9900 Research Drive
Irvine, CA 92618

Attorneys for Plaintiff
Credit Managers Association

Tel:  (949) 387-4300
Fax:  (800) 722-8196
Email:  wwall@wall-law.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. § 1441(b)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

## EDCV10- 71 VAP (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [X] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CREDIT MANAGERS ASSOCIATON OF CALIFORNIA dba CMA BUSINESS CREDIT SERVICES, a California corporation, as assignee for the benefit of the creditors of WEEKEND WARRIOR TRAILERS, INC. | AMERIMAX, and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| William J. Hall, Esq.<br>THE WALL LAW OFFICE<br>9900 Research Drive<br>Irvine, CA 92619 | Leib M. Lerner, Esq. (State Bar No. 227323)<br>ALSTON & BIRD LLP<br>333 S. Hope Street, 16th Floor<br>Los Angeles, CA 90071 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff      ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No      ☒ **MONEY DEMANDED IN COMPLAINT: $** 25,075.56

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Sections 1331 and 1441(b) (Federal Question)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **ED CV 10 - 00071 VAP** (DTBx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ No  ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ No  ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  
☐ A. Arise from the same or closely related transactions, happenings, or events; or  
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or  
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or  
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Texas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Riverside | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties  
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date January 14, 2010

Leib M. Lerner

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com